UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

                Plaintiff,                23-CV-10217 (JPO)

      -against-                      **ORDER**

HAPA LLOYD A.G.,

                Defendant.

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, May 29, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
              May 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge