UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

                            **Plaintiff,**                    23-CV-10217 (JPO)

      -against-                                         **ORDER**

HAPA LLOYD A.G.,

                            **Defendant.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The pre-settlement conference call in this matter originally scheduled for May 29, 2024 is hereby re-scheduled to **Monday, June 3, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:    New York, New York
                May 9, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                        United States Magistrate Judge