UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

                    **Plaintiff,**                  23-CV-10217 (JPO)

          -against-                        **ORDER RESCHEDULING
                                                                 SETTLEMENT CONFERENCE**

HAPA LLOYD A.G.,

                    **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The settlement conference in this matter that was scheduled for Monday, September 16, 2024, at 2:00 p.m., has been rescheduled for **Wednesday, September 18, 2024 at 2:00 pm.** The parties are reminded to prepare pre-conference in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **September 12, 2024** or the settlement conference will be adjourned.

        **SO ORDERED.**

DATED:    New York, New York
                September 11, 2024

                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge