UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

                        **Plaintiff,**                    **23-CV-10217 (JPO)**

                  -against-                    **ORDER RESCHEDULING**
                                              **SETTLEMENT CONFERENCE**

HAPA LLOYD A.G.,

                        **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The settlement conference in this matter is hereby adjourned and rescheduled to **Wednesday, December 18, 2024, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

    Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are reminded to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **December 11, 2024.**

        **SO ORDERED.**

DATED:  New York, New York
            September 12, 2024

                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge